UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DWAYNE G. ALEXANDER | CIVIL ACTION |
| VERSUS | NO. 14-237 |
| JERRY ARMATIS | SECTION "N"  (3) |

### ORDER AND REASONS

Presently before the Court is a motion to remand filed by Plaintiff, Dwayne Alexander (Rec. Doc. 4). For essentially the same reasons stated in the Court's August 29, 2014 Order and Reasons (Rec. Doc. 27) in *Alexander v. Ayestas*, Civil Action No. 13-6195, **IT IS ORDERED** that the motion is **GRANTED**. Accordingly, **IT IS FURTHER ORDERED** that this action be remanded to the Civil District Court for the Parish of Orleans, State of Louisiana.

New Orleans, Louisiana, this 29th day of August 2014.

**KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE**

**Clerk to Copy:**

Clerk of Court, United States Fifth Circuit of Appeals (Action No. 14-30951)